IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MORALES, | No. C 05-3545 JSW |
| Petitioner, | |
| v. | **SECOND ORDER TO SHOW CAUSE** |
| A.K. SCRIBNER, Warden, | |
| Respondent. | |

On October 14, 2005, this Court issued an Order to Show Cause to Respondent in the above captioned case to file and serve on Petitioner Jesus Morales by December 13, 2005 an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  The Court further ordered Respondent to file with the answer and serve on Petitioner a copy of all portions of the administrative record that are relevant to a determination of the issues presented by the petition for a writ of habeas corpus.  Respondent has not complied with the Court's order.

Therefore, the Court HEREBY ORDERS Respondent to file and serve on Petitioner, by no later than March 17, 2006, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  Respondent is FURTHER ORDERED to file with the answer and serve on Petitioner a copy of all portions of the administrative record that are relevant to a determination of the issues presented by the petition.  Respondent is on notice that failure to comply with this Court's

1  Second Order to Show Cause may result in the Court granting the Petition.

2      Petitioner is ORDERED to serve by certified mail a copy of this Order and the first
3  Order to Show Cause dated October 14, 2005, upon Respondent and to file a proof of service by
4  no later than January 11, 2006.

7  **IT IS SO ORDERED.**

9  Dated: January 6, 2006

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California