IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESUS MORALES,** | C 05-3545 JSW (PR) |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER** |
| v. | |
| **A. K. SCRIBNER, Warden,** | |
| Respondent. | |

Upon motion of respondent and good cause appearing,

IT IS ORDERED that the time for filing an answer or other responsive pleading to the petition be, and the same is, extended to and including April 16, 2006.

DATED: March 14, 2006

_____
JEFFREY S. WHITE
Judge of the United States District Court

Order Granting Extension of Time to File Answer - *Morales v. Scribner*, C 05-3545 JSW (PR)