IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MORALES, | No. C 05-3545 JSW |
| Petitioner, | |
| v. | **ORDER VACATING HEARING ON MOTION TO DISMISS** |
| A.K. SCRIBNER, Warden, | |
| Respondent. | |

Respondent's motion to dismiss the habeas corpus petition is currently set for hearing on Friday, May 19, 2006 at 9:00 a.m. This matter is now fully briefed and ripe for decision.[1] The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for May 19, 2006 is VACATED. An order resolving the motion shall follow.

**IT IS SO ORDERED.**

Dated: May 15, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] The Court HEREBY GRANTS Petitioner's unopposed motion to enlarge time to answer the motion to dismiss and/or for late filing of opposition memorandum and considers the motion to dismiss fully briefed.