IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MORALES,<br><br>    Petitioner,<br><br>  v.<br><br>A.K. SCRIBNER, Warden,<br><br>    Respondent. | No. C 05-3545 JSW<br><br>**ORDER DENYING MOTION TO GRANT PETITION AND REQUIRING AMENDED PETITION** |

On June 12, 2006, this Court granted Respondent's motion to dismiss and required that Petitioner elect either to (1) dismiss the unexhausted claims and go forward with only the remaining exhausted claims; or (2) terminate this action and return to state court to complete the exhaustion of all of his claims before returning to federal court to present his claims in a new petition. On July 12, 2006, Petitioner elected to dismiss the unexhausted claims and go forward with only the remaining exhausted claims. However, Petitioner failed to file an amended petition. On October 26, 2006, Petitioner filed a motion and declaration of good cause to grant petition or reissue order to show cause. Having failed to receive an amended petition, the motion is DENIED. Petitioner shall file an amended petition with only the remaining exhausted claims by no later than November 13, 2006.

**IT IS SO ORDERED.**

Dated: October 27, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE