IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MORALES, | No. C 05-3545 JSW |
| Petitioner, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO AMEND PETITION** |
| A.K. SCRIBNER, Warden, | |
| Respondent. | |

This matter is set for hearing on March 23, 2007 on Petitioner's motion to amend the petition to include timely exhausted claim. The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later February 16, 2007 and any reply brief shall be filed no later than March 2, 2007.

If the Court determines that the pending matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 30, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE