**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

JESUS MORALES,                                                    No. C 05-3545 JSW

10

        Petitioner,

11

  v.                                                              **ORDER VACATING HEARING
ON MOTION TO AMEND**

12

A.K. SCRIBNER, Warden,

13

        Respondent.

_____/

14
15
16

      Petitioner's motion to amend the habeas corpus petition is currently set for hearing on

17

Friday, March 23, 2007 at 9:00 a.m.  This matter is now fully briefed and ripe for decision.  The

18

Court finds that this matter is appropriate for disposition without oral argument and the matter

19

is deemed submitted.  *See* N.D. Civ. L.R. 7-1(b).  Accordingly, the hearing set for March 23,

20

2007 is VACATED.  An order resolving the motion shall follow.

21
22

     **IT IS SO ORDERED.**

23
24

Dated:   March 20, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

25
26
27
28