ORIGINAL                                                                ORIGINAL

**Robert J. Beles** bar no 41993
**Paul McCarthy** bar no 139497
1 Kaiser Plaza, Suite 2300
Oakland, California 94612-3616
Tel. No. (510) 836-0100
Fax No. (510) 832-3690
Attorney for *Petitioner* JESUS MORALES

United States District Court
Northern District of California
San Francisco Court

| | |
|---|---|
| JESUS MORALES, *Petitioner*, vs. A.K. SCRIBNER, Warden, California State Prison, Corcoran, *Respondent*. PEOPLE OF THE STATE OF CALIFORNIA, *Real Party in Interest*. | No. **C0503545 JSW** ~~PROPOSED~~ ORDER GRANTING APPLICATION TO RESET BRIEFING SCHEDULE TO EXTEND TIME TO FILE TRAVERSE AND REPLY MEMORANDUM |

**~~PROPOSED~~ ORDER GRANTING APPLICATION TO RESET BRIEFING SCHEDULE TO EXTEND TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

Petitioner's Application to Reset Briefing Schedule to Extend Time to File Traverse and Reply Memorandum is granted. The traverse and optional reply memorandum may be filed on or before May 21, 2007.

Dated: San Francisco, California, _____

Dated: April 23, 2007

*/s/ Jeffrey S. White*
_____
United States District Judge

1
~~Proposed~~ Order Granting Application to Reset Briefing
Schedule to Extend Time to File Traverse and Reply Memorandum