IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MORALES,<br><br>    Petitioner,<br><br>  v.<br><br>A.K. SCRIBNER, Warden,<br><br>    Respondent. | No. C 05-3545 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL** |

      This matter is set for hearing on March 6, 2009 on Petitioner's motion for extension of time to file to file notice of appeal.  The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later January 27, 2009 and any reply brief shall be filed no later than February 6, 2009.

      If the Court determines that the pending matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 12, 2009

                                                                                           *Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE